UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  23 CR 568 (PKC)

        -against-                                  ORDER

DOUGLAS RAYMOND ARNTSEN,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Sentencing scheduled for April 16, 2024 is adjourned to May 1, 2024 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          March 22, 2024