UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,   :   Docket No.: 23-CR-568 (PKC)

    -v-   :   CONSENT ORDER EXONERATING BAIL OF DEFENDANT DOUGLAS RAYMOND ARNTSEN

DOUGLAS RAYMOND ARNTSEN,

    Defendant.   :

-----------------------------------------------------------------X

IT IS HEREBY ORDERED, upon the application of counsel for defendant Douglas Raymond Arntsen, and consent of the Government, that Mr. Arntsen's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Mr. Arntsen's personal recognizance bond, and all their property posted as security for Mr. Arntsen's personal recognizance bond, are released from any liability, liens and confessions of judgment in connection with said bond.

IT IS FURTHER ORDERED, that the Pre-Trial Services agency release custody of Mr. Arntsen's passport and deliver it to his mother, Annette Arntsen, or his attorney, Aaron M. Rubin, upon presentation of a copy of this order by either Annette Arntsen or Aaron M. Rubin to the Pretrial Services Agency.

SO ORDERED:

HON. P. KEVIN CASTEL
U. S. D. J.

9-3-24